No. 1026. MOLINAS v. MANCUSI, WARDEN. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Thomas R. Newman* for petitioner.

No. 1041. NEZ PERCE TRIBE OF INDIANS v. UNITED STATES. Ct. Cl. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Donald C. Gormley* and *Charles A. Hobbs* for petitioner. *Solicitor General Marshall, Assistant Attorney General Weisl* and *Roger P. Marquis* for the United States.

No. 1058. HIRSHHORN v. NEW YORK. App. Term, Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Osmond K. Fraenkel* for petitioner. *Frank S. Hogan* for respondent.

No. 857, Misc. LUFINO v. TAHASH, WARDEN. C. A. 8th Cir. Certiorari denied. Petitioner *pro se.* *Douglas M. Head,* Attorney General of Minnesota, and *Gerard W. Snell,* Acting Solicitor General, for respondent.

No. 881, Misc. ALIRE v. UNITED STATES. C. A. 10th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 1051, Misc. NELSON ET AL. v. HANCOCK, WARDEN. C. A. 1st Cir. Certiorari denied. *Richard W. Leonard* and *Leo Patrick McGowan* for petitioners. *George S. Pappagianis,* Attorney General of New Hampshire, and *William J. O'Neil,* Deputy Attorney General, for respondent.